# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JAMAURA WOODS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 2:21-cv-00364-GZS |
| | ) |
| AUBURN POLICE DEPARTMENT | ) |
| and TRAVIS BARNIES, | ) |
| | ) |
| Defendants. | ) |

## ORDER ADOPTING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

On August 31, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 15). No objections have been filed. Thus, this Recommended Decision is hereby **ADOPTED**.

It is therefore **ORDERED** that Defendant Auburn Police Department's motion to dismiss Plaintiff Jamaura Woods's claims against Defendant Auburn Police Department (ECF No. 10) is hereby **GRANTED**.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 3rd day of October, 2022.