**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | | |
|---|---|---|
| JAMAURA WOODS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Docket no. 2:21-cv-00364-GZS |
| | ) | |
| TRAVIS BARNES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**ORDER ON RECOMMENDED DECISION**

On October 2, 2023, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 47). No objections have been filed. Thus, this Recommended Decision is hereby **ADOPTED**.

It is therefore **ORDERED** that the Motion for Summary Judgment by Defendant Travis Barnies (ECF No. 43) is hereby **GRANTED**.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 26th day of October, 2023.